UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CAIN, | ) | CASE NO. 1: 13 CV 1096 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JAMES R. |
| | ) | KNEPP II |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | MEMORANDUM OPINION |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate

Judge James R. Knepp II. The Report and Recommendation (ECF # 17), issued on May 27,

2014, is hereby ADOPTED by this Court. Plaintiff filed this action requesting judicial review of

a final decision by the Commissioner of Social Security which denied him supplemental security

income (SSI). The Magistrate Judge recommended that the Commissioner's decision be affirmed

because the Plaintiff failed to meet his burden of proof in showing that he had a severe medical

impairment which somehow inhibited his work performance. *Walters v. Comm'r of Soc. Sec.*,

127 F.3d 525, 529 (6th Cir. 1997). No objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen*

*Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the

Report and Recommendation in its entirety. The decision of the ALJ is AFFIRMED.

    IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _July 3, 2014_